1
2
3
4
5 Attorneys for Sergio Garcia
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

11
12 UNITED STATES OF AMERICA,        )      CASE NO. 07CR3307-DMS
                                   )
13        Plaintiff,                )
                                   )      DATE: February 15, 2008
14 v.                               )
                                   )      TIME: 9:00 a.m.
15 SERGIO GARCIA,                   )
                                   )
16        Defendant.                )

17
18
19
20
21
22
23
24
25
26
27
28